# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 34 MAL 2023

        Respondent :

                           : Petition for Allowance of Appeal
                           : from the Order of the Superior Court

        v. :

MICHAEL GREGO, :

        Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2023, the Petition for Allowance of Appeal is **DENIED**.